Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*Rent-A-Center West, Inc. dba Acceptance Now*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON L. LUFF, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RENT-A-CENTER WEST, INC. dba ACCEPTANCE NOW, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and TRANS UNION LLC, a foreign limited-liability company,<br><br>　　　　Defendants. | CASE NO. 2:22-cv-01020-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RENT-A-CENTER WEST, INC. dba ACCEPTANCE NOW TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Jonathon L. Luff ("Plaintiff") and Defendant Rent-A-Center West, Inc. dba Acceptance Now ("RAC")[1] stipulate and agree that RAC has up to and including August 11, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide RAC additional time to investigate Plaintiff's allegations and for RAC to prepare a response. The current deadline to file a response is July 21, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

*[Continued on following page.]*

---

[1] By filing this Stipulation, RAC is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMFIRM #404024401 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: July 14, 2021

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: */s/ Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant,*<br>*Rent-A-Center West, Inc. dba*<br>*Acceptance Now* | By: */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorney for Plaintiff,*<br>*Jonathon L. Luff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-14-2022