**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONATHON L. LUFF, | Case No.: 2:22-cv-01020-APG-VCF |
| Plaintiff | **Order** |
| v. | [ECF Nos. 12, 13] |
| RENT-A-CENTER WEST, INC., et al., | |
| Defendants | |

In light of the stipulation to arbitrate the claims between plaintiff Jonathon Luff and defendant Rent-A-Center West, Inc. (ECF No. 15),

I ORDER that defendant Rent-A-Center West, Inc.'s motions to compel arbitration and dismiss **(ECF Nos. 12, 13) are DENIED as moot**.

DATED this 22nd day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE