**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JONATHON L. LUFF,

        Plaintiff,

v.

RENT-A-CENTER WEST, INC. dba ACCEPTANCE NOW, a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign limited-liability company,

        Defendant(s).

2:22-cv-01020-APG-VCF

**ORDER**

Before the court is *Johnathon L. Luff v. Rent-A-Center West, Inc.*, case number 2:22-cv-01020-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before November 8, 2022.

DATED this 25th day of October 2022.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE