Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON L. LUFF, an individual;<br><br>Plaintiff;<br><br>v.<br><br>RENT-A-CENTER WEST, INC. dba ACCEPTANCE NOW, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:22-cv-01020-APG-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT RENT-A-CENTER WEST, INC. dba ACCEPTANCE NOW WITH PREJUDICE** |

Plaintiff, Jonathon L. Luff ("Plaintiff") and Defendant, Rent-A-Center West, Inc. dba Acceptance Now ("RAC") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to RAC, with Plaintiff and RAC bearing their own attorneys' fees and costs

///

///

///

///

///

incurred in this action.

Dated: March 24, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: March 24, 2023

**BALLARD SPAHR LLP**

*/s/ Joel E. Tasca*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
tasca@ballardspahr.com
***Attorney for Defendant Rent-A-Center West, Inc.***

## ORDER

Based on the parties' stipulation [ECF No. 31], and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant RENT-A-CENTER WEST, INC. dba ACCEPTANCE NOW are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Andrew P. Gordon

Dated: March 27, 2023